IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM SPIVEY, #K-81482, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 10-cv-816-JPG ) |
| MARCHARD, et al., | ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This action came before the Court on the return of an order of this Court as undeliverable that was sent to the address Plaintiff provided the Court (Doc. 16). On March 2, 2011, the Court ordered Plaintiff to provide his current address by March 30, 2011 (Doc. 17). Following Plaintiff's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally James v. McDonald's Corp.*, 471 F.3d 672, 681 (7th Cir. 2005); *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997). All pending motions are **DENIED** as moot. The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: April 4, 2011

*s/J. Phil Gilbert*
**United States District Judge**